In the Supreme Court of Georgia

Decided:   April 16, 2018

S18A0128.   WHITLOCK v. WHITLOCK.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant

to Supreme Court Rule 59.

Affirmed without opinion.  All the Justices concur.